In re JORDAN'S ESTATE. (Supreme Court, Appellate Division, First Department. June 8, 1900.) In the matter of the estate of Louis J. Jordan, deceased. No opinion. Motion denied, with $10 costs. See 63 N. Y. Supp. 911.

KARKER, Respondent, v. AKER, Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by Frank A. Karker, as administrator of Ida B. Benton, against Barner Aker.

PER CURIAM. Judgment and orders affirmed, with costs. All concur, except SMITH, J., dissenting from affirmance of order denying motion to set aside the verdict by reason of the presence of the constable, a relative of the plaintiff, in the jury room.

KATZ, Respondent, v. INDIA–RUBBER CO., Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Edward A. Katz against the India-Rubber Company. J. Kling, for appellant. C. E. Joseph, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KATZ, Appellant, v. LIEDERMAN, Respondent. (Supreme Court, Appellate Term. July 6, 1900.) Action by Aaron E. Katz against David Liederman. From a judgment in favor of the defendant, plaintiff appeals. Affirmed. John E. Roeser, for appellant. L. Levene (A. B. Schleimer, of counsel), for respondent.

PER CURIAM. There is no question of law involved in this appeal. The justice had the advantage of seeing the witnesses, and an opportunity of judging as to the credit to be extended to each of them. His decision upon the conflicting testimony should not be disturbed. The judgment should be affirmed, with costs.

KELLER, Commissioner, Respondent, v. SHRADY et al., Appellants. (City Court of New York, General Term. June 20, 1900.) Action by John W. Keller, as commissioner, etc., against George Shrady and James E. Brown. From a judgment in favor of plaintiff, defendants appeal. Affirmed. See 61 N. Y. Supp. 1123. Noah & Seely, for appellant Brown. John Whalen, Corp. Counsel, for respondent.

McCARTHY, P. J. We cannot and do not agree with the appellant on the points suggested by him in his brief. We have examined the cases cited, and do not think that they apply to the case at bar. We hereby affirm the interlocutory judgment overruling the demurrer to the amended complaint, with costs and disbursements. All concur.

KERN v. LEHIGH VAL. R. CO. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action by John C. Kern, as administrator, etc., against the Lehigh Valley Railroad Company. No opinion. Plaintiff's exceptions overruled, and motion denied, with costs, and judgment ordered for the defendant on the verdict, with costs. See 56 N. Y. Supp. 1110.

65 N.Y.S.—72

KIENLE, Respondent, v. STROBEL, Appellant. (Supreme Court, Appellate Term. June 28, 1900.) Action by Edward F. Kienle against Caspar Strobel. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Ashley, Emley & Rubino, for appellant. Phillips & Avery, for respondent.

PER CURIAM. Judgment affirmed, with costs.

KOUNTZE et al. v. HANSSON et al. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by Herman Kountze and others against Ola Hansson and others. No opinion. Motion to dismiss granted, with $10 costs.

KRAMER, Respondent, v. HOFSTATTER, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1900.) Action by Benjamin Kramer against William S. Hofstatter.

PER CURIAM. Motion to open default granted, on condition that the appellant, on or before the 4th day of June, 1900, cause the printed cases on appeal to be filed and served. Upon compliance with this condition the case will be restored to the calendar and set down for argument for the 12th day of June. See 64 N. Y. Supp. 1138.

KRAMER, Respondent, v. HOFSTATTER, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by Benjamin Kramer against William S. Hofstatter.

PER CURIAM. Order modified, so as to impose as a condition for granting a new trial that the plaintiff within 20 days pay to the defendant the trial fee and disbursements of the trial to be taxed, and, as modified, affirmed, without costs of this appeal to either party. Bailey v. Park, 5 Hun, 41. See 64 N. Y. Supp. 1138.

KRING, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by Jesse Kring, an infant, by Lizzie A. Kring, his guardian ad litem, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. See 60 N. Y. Supp. 1114.

KRING, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900). Action by Jesse Kring, an infant, by Lizzie A. Kring, his guardian ad litem, against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. See 60 N. Y. Supp. 1114.

KRONER, Respondent, v. REILLY, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1900.) Action by Marie Kroner against John F. Reilly.

PER CURIAM. The exercise of the power to order restitution under section 1323 of the